| | | |
|---|---|---|
| Case #05−36071 | Western District of Kentucky | CHAPTER 13 |
| Debtor: Ray, Ronnie E. | US BANKRUPTCY COURT | |
| JT Debtor: Ray, Angela G. | | |
| 3244 Mt. Eden Rd. | | Court Date: October 12, 2005 |
| Mount Eden, KY, 40046 | | Non Business − Outside Jefferson County |
| Spencer County | | |

| Description | Fair Market Value | Remarks |
|---|---:|---|
| GE washer and dryer, G | $250 | |
| GE side−by−side refrigerator with ice and water dispenser, G | $350 | |
| GE electric range, G | $125 | |
| GE microwave oven, G | $25 | |
| GE dishwasher, G | $75 | |
| Dining table, (4) chairs, G | $75 | |
| Bed (queen), dresser with mirror, chest, gun cabinet, G | $200 | |
| Symphonic 19" color TV, G | $50 | |
| Sportcraft billiards table, 3' x 8', G | $200 | |
| Sofa, loveseat, curio cabinet, G | $175 | |
| Sofa, loveseat, (2) end tables, coffee table, G | $200 | |
| RCA 52" color TV, G | $520 | |
| Norcent DVD, G | $25 | |
| Optimus VCR, G | $20 | |
| Bed (twin), bookshelf, G | $75 | |
| RCA component stereo system, G | $50 | |
| Sanyo 27" color TV with stand, G | $125 | |
| Emerson VCR, G | $20 | |

Case #05−36071  
Debtor: Ray, Ronnie E.  
JT Debtor: Ray, Angela G.  
3244 Mt. Eden Rd.  
Mount Eden, KY, 40046  
Spencer County

Western District of Kentucky  
US BANKRUPTCY COURT

CHAPTER 13

Court Date: October 12, 2005  
Non Business − Outside Jefferson County

| Description | Fair Market Value | Remarks |
|---|---:|---|
| Lot: (2) chests, G | $50 | |
| 2004 Ford Mustang, VIN not available, 2 door, 6 cylinder, AC, automatic transmission, power steering, power brakes, power windows, power locks, power seats, tilt steering, cruise control, AM/FM Stereo, CD, dual air bags, maroon exterior, gray fabric interior, tires good, odometer 24,037, overall condition: good | $14,175 | Low Mileage. Not on site; value based on vehicle information and description provided by debtor. |
| 1998 Ford Taurus SE, VIN not available, 4 door, 6 cylinder, AC, automatic transmission, power steering, power brakes, power windows, power locks, power seats, tilt steering, cruise control, AM/FM Stereo, cassette, dual air bags, maroon exterior, gray fabric interior, tires good, odometer 143,125, overall condition: good−fair | $3,075 | High Mileage. Not on site; value based on vehicle information and description provided by debtor. |
| **Total** | **$19,860** | |